IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frank and Elma Kulenty, | ) | No. CV-10-02314-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Stuart Allen & Associates, Inc., | ) | |
| Defendant. | ) | |

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. 24) filed on July 15, 2011, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation of Dismissal with Prejudice (Doc. 24).

IT IS FURTHER ORDERED directing the Clerk of the Court to dismiss the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 15th day of July, 2011.

_____
Neil V. Wake
United States District Judge